IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. ROBERT BALL, | : |
| | : |
| Plaintiff, | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 10-cv-2474 |
| EINSTEIN COMMUNITY HEALTH | : |
| ASSOCIATES, INC., et al., | : |
| | : |
| Defendants. | : |

## ORDER

AND NOW, this 28th day of February, 2012, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 26), Plaintiff's Response in Opposition thereto (ECF No. 30) and Defendants' Reply in further support thereof (ECF No. 31), it is hereby ORDERED that the Motion is GRANTED.

It is FURTHER ORDERED that Judgment is ENTERED for Defendants.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, C.J.